UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY G. SMITH, #251105,

   Plaintiff,

v.

   CASE NO. 2:10-CV-10363
   HONORABLE PATRICK J. DUGGAN

MICHIGAN PAROLE BOARD
CHAIRMAN BARBARA SAMPSON,
MICHIGAN PAROLE BOARD MEMBERS
JODI DEANGELO, LAURIN THOMAS,
MIGUEL BERRIOS, and CHARLES BROWN,
GENESEE COUNTY SHERIFF ROBERT
PICKELL, and GENESEE COUNTY
PAROLE AGENT DEBORAH YANKEE-
BEDNARSK

   Defendants.
_____/

## JUDGMENT

Plaintiff Timothy G. Smith has filed a pro se civil rights complaint against Defendants pursuant to 42 U.S.C. § 1983. In an Opinion and Order entered on this date, the Court summarily dismissed Plaintiff's claims for failure to state a claim upon which relief may be granted.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

DATE: March 3, 2010        s/PATRICK J. DUGGAN
               UNITED STATES DISTRICT JUDGE

Copy to:
Timothy G. Smith, #251105
3500 N. Elm Road
Jackson, MI 49201