UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY G. SMITH, #251105,

       Plaintiff,

                                          CASE NO. 2:10-CV-10363
v.                                 HONORABLE PATRICK J. DUGGAN

MICHIGAN PAROLE BOARD
CHAIRMAN BARBARA SAMPSON,
MICHIGAN PAROLE BOARD MEMBERS
JODI DEANGELO, LAURIN THOMAS,
MIGUEL BERRIOS, and CHARLES BROWN,
GENESEE COUNTY SHERIFF ROBERT
PICKELL, and GENESEE COUNTY PAROLE
AGENT DEBORAH YANKEE-BEDNARSK,

       Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

       This matter is before the Court on Plaintiff's motion for reconsideration

concerning the Court's March 3, 2010 dismissal of his pro se civil rights complaint

brought pursuant to 42 U.S.C. § 1983. The Court dismissed the complaint for failure to

state a claim upon which relief may be granted and on the basis of immunity. Plaintiff's

motion must be denied.

       A motion for reconsideration which presents issues already ruled upon by the

district court, either expressly or by reasonable implication, will not be granted. E.D.

Mich. LR 7.1(h)(3); *see also Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999).

1

Plaintiff raises just such issues in his motion. The Court has properly dismissed the complaint for the reasons stated in the opinion. Plaintiff has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3).

Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for reconsideration is **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2010

Copy to:
Timothy G. Smith, #251105
G. Robert Cotton Correctional Facility
3510 N. Elm Road
Jackson, MI 49201